6 305
72 214

SOLOMON SIMSON, AS EXECUTOR, RESPONDENT, *v.* LUCINA C. SATTERLEE AND OTHERS, APPELLANTS.

*Mortgage — assignment of, as collateral security — right of mortgagee to foreclose.*

Plaintiff brought this action to foreclose a mortgage given to him, and which he had assigned to the defendant M. as collateral security for a debt which was unpaid at the time of the commencement of this action. The mortgagor demurred on the grounds, that plaintiff could not maintain the action as he had assigned his mortgage, and that M. should be made a plaintiff, and not a defendant. *Held* (1), that plaintiff could maintain the action, notwithstanding the assignment (*Norton* v. *Warner*, 3 Edw. Ch., 106); (2), that, in any event, so long as the assignee was a party and did not object, the mortgagor could not raise the question.

APPEAL from a judgment in favor of the plaintiff, entered upon an order overruling a demurrer, and from an order denying a motion for leave to answer.

*A. Prentice*, for appellant. *S. F. Rawson*, for respondent.

Opinion by TAPPEN, J.

Present — TALCOTT and TAPPEN, JJ.

Judgment and order affirmed, with costs.